571

*Henry L. Redner* for appellant.
*Lloyd L. Rosenthal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Claim of ANGELINE SZUBA, Claimant, against GEORGE LAUB'S SONS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Appellant.

Argued May 21, 1947; decided July 2, 1947.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Gilbert M. Landy* of counsel), for appellant.

*Morgan F. Bisselle* and *Warren C. Tucker* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROCCO TAURISANO, Appellant.

Argued May 22, 1947; decided July 2, 1947.